1012

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT ANTONIO BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00203-4, Richard McDermott, J., entered August 1, 2003. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL L. PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00698-0, Jeffrey M. Ramsdell, J., entered December 12, 2003. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PHILLIP ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02320-1, Linda C. Krese, J., entered May 28, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Ellington, J.

THE STATE OF WASHINGTON, *Respondent*, v. DANH HUN NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08257-7, Donald D. Haley, J., entered June 14, 2004. *Affirmed* by unpublished per curiam opinion.